THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| CALEB R. GIBSON,<br><br>                Plaintiff,<br><br>v.<br><br>THIRD DIST. COURT et al.,<br><br>                Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:21-CV-90-DBB<br><br>District Judge David B. Barlow |

Plaintiff filed a prisoner civil-rights complaint under 42 U.S.C.S. § 1983 (2021), (ECF No. 3), and was granted *in forma pauperis* status under 28 U.S.C.S. § 1915 (2021), (ECF No. 2). However, Plaintiff has not followed the Court's February 22, 2021 Order, (*id*.), to file within thirty days "a certified copy of the trust fund account statement . . . for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." *See id.* § 1915(a)(2). Indeed, the Order was returned to sender, marked, "PRISONER RELEASED." (ECF No. 4.) And, Plaintiff has not since updated his address with the Court as required. *See* D. Utah Civ. R. 83-1.3(e) ("In all cases, counsel and parties appearing *pro se* must notify the clerk's office immediately of any change in address, email address, or telephone number.").

Accordingly, IT IS ORDERED that--for failure to follow the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

DATED this 25th day of August, 2021.

BY THE COURT:

_____
JUDGE DAVID BARLOW
United States District Court